# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| JOSHUA FLOWERS § | |
| § | Civil Action No. 4:19-CV-893 |
| v. § | (Judge Mazzant/Judge Nowak) |
| § | |
| VIRGINIA SIMPSON § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On April 9, 2020, the report of the Magistrate Judge (Dkt. #11) was entered containing proposed findings of fact and recommendations that Plaintiff's case be dismissed without prejudice for want of prosecution and failure to obey an order pursuant to Federal Rule of Civil Procedure 41(b).

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that the above-styled action is **DISMISSED WITHOUT PREJUDICE** for want of prosecution and failure to obey an order pursuant to Federal Rule of Civil Procedure 41(b).

Any relief not granted herein is **DENIED**.

The Clerk of the Court is directed to close this case.

**IT IS SO ORDERED**.

SIGNED this 6th day of May, 2020.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE